UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JOHNSON, individually and on behalf of others similarly situated | * * * | CIVIL ACTION NO.: 5:23-cv-00462-M-RJ |
| VERSUS | * * | |
| PHP OF NC, INC. and JUSTINE WIGGINS | * * | |

**************************************************************************

## UNOPPOSED MOTION TO APPROVE SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Michael Johnson, who hereby moves the Court to approve the Settlement Agreement entered into by the Parties for the reasons more fully assigned in the attached Memorandum of Authorities. Undersigned counsel hereby certifies that Defendants do not oppose this motion.

Respectfully submitted:

By: /s/ Brian L. Kinsley
Brian L. Kinsley (N.C. Bar Roll No. 38683)
COX, STANSBURY & KINSLEY
2024 Main Street, SW Suite B
Cullman, Alabama 35056
Telephone: (205) 870-1205
Facsimile: (205) 870-1252
blkinsley@cskattorneys.com

By: /s/ Scott E. Brady
Philip Bohrer (admitted pro hac vice)
phil@bohrerbrady.com
Scott E. Brady admitted pro hac vice)
scott@bohrerbrady.com
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

## CERTIFICATE OF SERVICE

       I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

       /s/ *Scott E. Brady*

2

Case 5:23-cv-00462-M-RJ     Document 67     Filed 06/16/25     Page 2 of 2