UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JOHNSON, individually and on behalf of others similarly situated | * * * | CIVIL ACTION NO.: 5:23-cv-00462-M-RJ |
| VERSUS | * * | |
| PHP OF NC, INC. and JUSTINE WIGGINS | * * | |

*************************************************************************

## JOINT SUBMISSION TO AMEND THE SETTLEMENT AGREEMENT

NOW INTO COURT, through undersigned counsel, come Plaintiff, Michael Johnson, and Defendants, PHP of NC, Inc. and Justine Wiggins, who hereby amend Exhibit 1 to the Settlement Agreement with the attached schedule of individual settlement amounts. (Ex. A hereto). Further, Plaintiff, with Defendants' consent, seeks to reduce the request for attorneys' fees by $0.01. The amendments to the attorneys' fees and individual payments are to address rounding errors noted by the Court in the original filing.

Respectfully submitted,

*/s/ Scott E. Brady*
Philip Bohrer
phil@bohrerbrady.com
Scott E. Brady
scott@bohrerbrady.com
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: 225.925.5297
Facsimile: 225.231.7000

Brian L. Kinsley
BKinsley@cksattorneys.com
COX, STANSBERRY & KINSLEY
2024 Main Street, SW Suite B
Cullman, Alabama 35056
Telephone: 205.870-1205
Facsimile: 205.870.1252

*Attorneys for Plaintiff*

*/s/ Michael D. Ray*
Michael D. Ray (N.C. Bar No. 52947)
201 South College Street, Suite 2300
Charlotte, North Carolina 28244
Telephone: 704.342.2588
Facsimile: 704.342.4379
E-mail: michael.ray@ogletree.com

Charlotte C. Smith (N.C. Bar No. 53616)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919.787.9700
Facsimile: 919.783.9412
Email: charlotte.smith@ogletree.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

   I hereby certify that on September 23, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

                /s/ *Scott E. Brady*